IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00847-BNB

BENJAMIN DAVIS,

    Plaintiff,

v.

THE GEO GROUP,
HUDSON CORR FACILITY, and
UNIT MANAGER RACHAEL HURT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On April 7, 2011, Plaintiff was directed to cure the deficiencies in this action by filing a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. On May 9, 2011, Plaintiff filed an Amended Prisoner Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Instead of filing these documents in this case, the Clerk of the Court commenced a new action in error (11-cv-1236). That action (11-cv-1236) was closed on May 13, 2011, and the Amended Complaint and Motion and Affidavit were filed in this action. However, Plaintiff has still failed to cure the deficiencies in this action, because the inmate trust fund statement he submitted on May 9, 2011, is not certified. Because of the Court's error, Plaintiff will be provided additional time to cure this deficiency.

    Accordingly, Plaintiff shall have **twenty-one (21) days from the date of this Minute Order** to submit to the Court a copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint that is **certified** by an appropriate prison staff member. Failure to comply with this Minute Order will result in dismissal of the Amended Complaint and this action without prejudice and without further notice.

    Further, the "Motion to Amend Compaint [sic] in Regards to Named Defendants," filed by Plaintiff on April 18, 2011 (Doc. # 4) is DENIED as unnecessary.

    Dated: May 17, 2011