F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00847-BNB

BENJAMIN DAVIS,

    Plaintiff,

v.

THE GEO GROUP,
UNIT MANAGER RACHAEL HURT, and
HUDSON CORR FACILITY,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Benjamin Davis, is a prisoner in the custody of the Alaska Department of Corrections who currently is incarcerated at the Hudson Correctional Facility in Hudson, Colorado. Mr. Davis initiated this action by filing a *pro se* prisoner complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on April 1, 2011. He filed an amended complaint on May 9, 2011, and a second amended complaint on May 25, 2011. He was granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee by order dated June 15, 2011.

    On June 22, 2011, Magistrate Judge Boyd N. Boland determined that the second amended complaint was deficient because Mr. Davis named improper parties and because he failed to allege the personal participation of all of the named defendants. Therefore, Mr. Davis was directed to file an final amended complaint. Mr. Davis was

warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

Mr. Davis has not filed a final amended complaint, as directed by Magistrate Judge Boland, nor has he communicated with the Court since June 9, 2011. As a result, he has failed to file an amended pleading within the time allowed. Therefore, the second amended complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Second Amended Complaint and this action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to file an amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __2nd__ day of ___August___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00847-BNB

Benjamin Davis
Prisoner No. 152106
Hudson Corr. Center
3001 N. Juniper St.
Hudson, CO 80642

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk